*W. T. Hughes*, for appellants.
*R. S. Morrison*, for appellee.

---

## ABYTA *et al. v.* LYNCH.

### (*Appeal from District Court of Las Animas County.*)

PRACTICE—IMPLICATION. That which is apparent to the Court, and appears, from necessary implication, out of the record, may be regarded the same as if expressly recited. Allowing time to file an appeal bond implies that an appeal was prayed.

Motion to dismiss appeal.

ELBERT, C. J. This is a motion to dismiss the appeal, on the ground that the record does not show that an appeal was prayed or granted in the Court below.

It is true there is no formal entry that an appeal was prayed or granted, but it is apparent that such must have been the fact. Defendant asked time in which to file an appeal bond. This in-

volved a prayer for an appeal. The Court granted time in which to file an appeal bond, and fixed the amount of the bond. This involved an allowance of the appeal. This is a case where, we we think, that which is apparent to the Court, and appears, from a necessary implication, out of the record, may be regarded the same as if expressly recited.

The motion to dismiss is overruled.

*Teller & Orahood*, for appellants.
*S. S. Wallace & C. Yeaman*, for appellee.

## BOOK NOTICES.

REPORTS OF CASES Decided in the Circuit and District Courts of the United States, for the Ninth Circuit. Reported by L. S. B. Sawyer, Counsellor at Law. Volume VI. San Francisco: A. L. Bancroft & Co., 1882.

This series of reports are so familiar to the bar, particularly of the west, and their merits so thoroughly appreciated, that words of commendation are quite unnecessary. The States of California, Oregon and Nevada, compose the Circuit, in all of which the subject matters of litigation, as well as the rules of practice, are quite similar to our own, while the eminence of the Judges, both upon the District and Circuit bench, whose opinions are here gathered, render them authority of high rank. The work of the editor and publishers is thoroughly done. The index is full, perfectly classified and arranged—a fact of no small importance to a busy attorney. The volume before us contains 701 pages, and embraces about eighty opinions in full, covering a wide range of law and practice. The paper and binding are standard, the type large and clear, press-work in all respects first-class.

HON. C. W. HOLCOMB, of the U. S. General Land Office, has our thanks for a copy of the latest map of the United States published by the Department.

## OFFICIAL AND AUTHENTIC.

We are authorized by the Justices of the Supreme Court of Colorado, and by Judge Hallett, of the United States District Court, District of Colorado, to announce that they will read, revise and correct, the proofs of all opinions and rulings of their respective Courts which may be published in the REPORTER; so that the Profession will understand that all these will be official and authentic.